548

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* SAM LINDSEY a/k/a SAMMY LINZON, JR., Defendant-Appellant.

(No. 56412; )

First District (4th Division)—February 21, 1973.

Opinion by Mr. JUSTICE DIERINGER.

James J. Doherty, Public Defender, of Chicago, (James N. Gramenos, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and James Carlson, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* AARON DOYLE PINKSTON, Defendant-Appellant.

(No. 56509; )

First District (4th Division)—February 21, 1973.